LOCUST CLUB OF ROCHESTER ET AL. *v.*
CITY OF ROCHESTER ET AL.

No. 799.  Decided January 27, 1969.

*Ronald J. Buttarazzi* for appellants.

*Sterling L. Weaver* and *Ruth B. Rosenberg* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE BLACK and MR. JUSTICE WHITE are of the opinion that probable jurisdiction should be noted.